UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FREDERICK BANKS, ) | CASE NO. 1:15 CV 931 |
| ) | |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| v. ) | |
| ) | Memorandum of Opinion and Order |
| BARACK OBAMA, President, et al., ) | |
| ) | |
| Defendants. ) | |

This action was originally filed by Plaintiff Frederick Banks in the Cuyahoga County Court of Common Pleas, against United States President Barack Obama, United States Senators Richard Burr, Dianne Feinstein, Bob Casey, and Pat Toomey, the Central Intelligence Agency, and the Federal Bureau of Investigation (collectively, the "Federal Defendants"), and against Booz Allen Hamilton ("Booz Allen") and Dr. Ralph Shrader. Plaintiff sought *in forma pauperis* status in the common pleas court.

The case was removed by the Federal Defendants on May 12, 2015. Now before the Court are the Federal Defendants' Brief in Opposition to Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 10), and a Motion to Dismiss filed by Defendants Booz Allen and Dr. Shrader (Doc. No. 8).

Plaintiff has a long history of vexatious litigation in state and federal courts. *See, e.g., Banks v. Unknown Named No. of U.S. Postal Inspectors*, No. 2:13 CV 1198, 2013 WL 5945786 (W.D. Pa. Nov. 6, 2013). He alleges in the instant Complaint, as he has in several previously dismissed cases, that he is being harassed by electric satellite signals, and that President Obama

has not intervened.[1]  These allegations are patently frivolous.

Accordingly, Plaintiff's request to proceed *in forma pauperis* is **denied**, the Motion to Dismiss is **granted**, and this case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date:  6/23/15

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

---

[1] See Federal Defendants' Brief in Opposition to Plaintiff's Motion to Proceed in Forma Pauperis, pp.6-8.